IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARON EZRA WESSEL,

              Petitioner,                No. 2:09-cv-2720-JFM (HC)

    vs.

R. BARNES, Warden,

              Respondent.         ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter is proceeding before the undersigned with the consent of the parties pursuant to 28 U.S.C. § 636(c).  See Consents to Jurisdiction by United States Magistrate Judge filed October 9, 2009 and November 16, 2009.

        Petitioner raises two claims for relief in his petition.  On November 25, 2009, respondent filed a motion to dismiss, contending that the second claim is unexhausted.  On December 10, 2009, petitioner filed a response to the motion in which he requests dismissal of the unexhausted claim and to proceed solely on the exhausted claim.  Good cause appearing, IT IS HEREBY ORDERED that:

/////

1

1.   Respondent's November 25, 2009 motion and petitioner's December 10, 2009 motions for dismissal of petitioner's second claim for relief are granted;

2.   Petitioner's second claim for relief is stricken from the petition filed September 30, 2009 and this action shall proceed solely on the first claim for relief contained therein;

3.   Within thirty days from the date of this order respondent shall file an answer to the first claim for relief in the petition filed September 30, 2009.  See Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in that claim.  Rule 5, Rules Governing Section 2254 Cases; and

4.   Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

DATED:  December 22, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
wess2720.mtd